**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6276**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY SCURRY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Dennis W. Shedd, District Judge. (CR-95-409, CA-00-3301-19-3)

Submitted:  May 17, 2001                 Decided:  May 25, 2001

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jimmy Scurry, Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Scurry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See United States v. Scurry, Nos. CR-95-409; CA-00-3301-19-3 (D.S.C. filed Jan. 25, 2001; entered Jan. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The district court did not have the benefit of this court's opinion in United States v. Sanders, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281).

2